# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS JUSTIN SJOBERG,<br><br>             Petitioner,<br>     v.<br><br>ISIDRO BACA, *et al.*,<br><br>             Respondents. | Case No. 3:20-cv-00322-MMD-CLB<br><br>ORDER |

Respondents have filed a motion for enlargement of time (first request) (ECF No. 8). The Court finds good cause to grant the motion.

It is therefore ordered that Respondents' motion for enlargement of time (first request) (ECF No. 8) is granted. Respondents will have up to and including September 18, 2020, to file an answer or other response to the petition (ECF No. 1).

DATED THIS 4th day of August 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE