UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

THOMAS JUSTIN SJOBERG,

Petitioner,

v.

ISIDRO BACA, *et al.*,

Respondents.

Case No. 3:20-cv-00322-MMD-CLB

ORDER

Respondents have filed a motion for enlargement of time (second request) (ECF No. 10). The Court finds good cause to grant the motion.

It is therefore ordered that Respondents' motion for enlargement of time (second request) (ECF No. 10) is granted. Respondents will have up to and including October 18, 2020, to file an answer or other response to the petition (ECF No. 1).

DATED THIS 22nd day of September 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE