# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS JUSTIN SJOBERG,<br><br>　　　　　　　　Petitioner,<br>　v.<br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:20-cv-00322-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (first request) to file an answer to the Petition. (ECF No. 29.) The Court finds the request is made in good faith and not solely for the purpose of delay, and that therefore good cause exists to grant the motion

It is therefore ordered that Respondents' unopposed motion for enlargement of time (first request) (ECF No. 29) is granted. Respondents will have up to and including October 5, 2021, to file an answer to the petition (ECF No. 1).

DATED THIS 21st Day of September 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE