# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THOMAS JUSTIN SJOBERG, | Case No. 3:20-cv-00322-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for enlargement of time (second request). (ECF No. 31.) The Court finds that the motion is made in good faith and not solely for the purpose of delay, and therefore good cause to grant the motion

It is therefore ordered that respondents' unopposed motion for enlargement of time (second request) (ECF No. 31) is granted. Respondents will have up to and including October 12, 2021, to file an answer to the Petition (ECF No. 1).

DATED THIS 6th Day of October 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE