UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THOMAS JUSTIN SJOBERG,

                              Petitioner,

        v.

JOHN HENLEY,

                              Respondent.

Case No. 3:20-cv-00322-ART-CLB

REMAND ORDER

On February 10, 2025, the Court granted Petitioner Thomas Justin Sjoberg's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 41 ("Merits Order").) Judgment was entered. (ECF No. 42.) Respondents appealed, and on March 25, 2026, the Court of Appeals for the Ninth Circuit reversed. (ECF No. 45.) The Mandate issued on April 16, 2026. (ECF No. 46.) In accordance with the Court of Appeals for the Ninth Circuit's Memorandum, the Court vacates its prior Merits Order and Judgment and denies Sjoberg's Petition.

It is therefore ordered that the Petition [ECF No. 1] is denied.

It is further kindly ordered that the Clerk of Court (1) vacate the Merits Order [ECF No. 41] and Judgment [ECF No. 42], (2) enter an Amended Judgment, denying the Petition, and (3) provide a copy of the Memorandum [ECF No. 45], this Order, and the Amended Judgment to the Clerk of the Third Judicial District Court for the State of Nevada in connection with that court's case number 15-CR-00677.

DATED THIS 27th day of April 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1